# Morgan Lewis

**Kevin J. Biron**
Partner
+1.212.309.6180
kevin.biron@morganlewis.com

MEMO ENDORSED

April 3, 2020

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   In the Matter of Trusts, Civil Action No. 17-cv-01998 (KPF)

Dear Judge Failla:

We represent Petitioner U.S. Bank National Association, solely in its capacity as trustee, in the above-referenced action. We write on behalf of all parties pursuant to the Court's direction in the March 19, 2020 Opinion and Order to "submit a joint letter on or before April 3, 2020, concerning next steps in this action."

Due to exigent circumstances, the parties respectfully request an extension of time to submit a joint letter concerning the next steps in this action. The parties anticipate they will be in a position to submit this letter to the Court no later than Friday April 10th.

We appreciate the Court's attention to this matter.

Respectfully,

/s/ Kevin J. Biron

Kevin J. Biron

cc:  All counsel via ECF

```
Application GRANTED.  The parties should submit their joint
letter by April 10, 2020.
```

SO ORDERED.

Dated: April 3, 2020
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060         +1.212.309.6000
United States                   +1.212.309.6001

DB1/ 113332831.1